16382.   FOSTER *et al.* v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and there is no merit in any of the grounds of the amendment to the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Indictment for forgery; from Fayette superior court—Judge Searcy. March 5, 1925.

*Louis A. Burton,* for plaintiffs in error.

*E. M. Owen,* solicitor-general, *Lester C. Dickson,* contra.